IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JUN 22  AM 11:

CLERK'S OFFICE
AT
BY_____DEPUTY

**NDABEZINHLE MOYO**
**144 CRAMOND GREEN, SE**
**CALGARY, AB T3M 1J9, CANADA**

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.                                  *        Civil No.: **WMN 12 CV 1855**
                                              *(Leave blank. To be filled in by Court.)*

**President BARACK OBAMA**
**Executive office of the PRESIDENT**
**WHITE HOUSE**
**1600 PENNSYLVANIA Ave, NW**
**WASHINGTON, DC 20500**
**USA**

*(Full name and address of the defendant(s))*
**Defendant(s)**

\*\*\*\*\*\*

## COMPLAINT

1.   Jurisdiction in this case is based on:

     ☐   Diversity (none of the defendants are residents of the state where plaintiff is a resident)

     ☐   Federal question (suit is based upon a federal statute or provision of the United States Constitution)

     ☐   Other (explain) _____

     _____

     _____

2. The facts of this case are:

Firstly, I would like to acknowledge today being **World Refugee Day** by respecting and noting it. The "*Theme for 2012:* **Refugees have no choice. You do.**"

Having been born a refugee and still living as refugee not by choice but by colonial, post colonial greed, political powers, being a black African hence been looked at by nations like the USA for turning a blind eye on the travesties, child labor, slavery, child soldiers and famine that has affected me and my fellow Black Africans for years.

The USA government had the moral, civil and humanitarian obligation to protect me when I files for political asylum in the USA. But as we have seen time after time political influence has played a huge role in the US government of turning a blind eye on the white regimes like Ian Smith practicing Apartheid in Zimbabwe then Rhodesia.

Now, refugees are slowly becoming acknowledged because it is no longer the stigma of black Africans with malnourished kids and their families waiting in concentration camps. Born as a refugee in Zambia this is what I experienced, concentration camps of refugees enclosed in masses like cattle with no hope. However, upon my arrival in the USA filing to be a refugee was the last way of settlement I wanted to be known as because I thought of the camps I saw in Zambia and on television and never wanted to end up in a camp. Thus my lack of knowledge or guidance from the US immigration and Naturalization services failed to help, debrief and counsel me for the post traumatic stress disorder I faced and still living with to this day. Hence being in the USA was always a dream of escaping the refugee camps, the stigma and post colonial strong hold the US and Great Britain have had in Africa to this day. Because I would just be a number or statistic if I died but after having watched the movie *Roots by Alex Haley,* I believed the USA would be my hope of surviving the suppression, discrimination and prejudice brought to Africa by the whites using the oldest tricks of divisiveness, segregation and inferiority complex and ultimately making me a black man feel worthless.

Thus, President Obama not showing pride of his Heritage in Africa only enforced the American arrogance of looking down upon Africa as they have always done. President Obama ran on lies, false promise to minorities like myself alleging his bad treatment for being of mixed race but knowingly well a person of his white and black race will always be more accepted into American mainstream compared to an all black male straight out of Africa as myself. Thus I strongly believe President Obama's late father (black African man) probably left America based on discriminated against for being involved with a white woman in those days was a crime. I surely can relate to that effect because I was married once to a white woman and faced numerous challenges from white males and non black males telling my then spouse I did not deserve her because of my national origin, race, and

color of my skin and thus resulting in the INS separating me from my wife and ultimately divorcing without my knowledge.

The President also ran under false hope of helping small business persons like myself but instead only bailed out big business and big banks thus I also need my bail out as a small business owner, taxpayer, minority, unrepresented citizen, refugee and all the names America would like to label me with.

I lived in the USA longer than I lived in my place of birth as a refugee in Zambia or the homeland of my parents Zimbabwe. I lived in America for 18 years legally, paid taxes, had a drivers license, attended university and college and yet categorized as an illegal is surely a statement of hate by the US government insisting its citizens to hate persons like myself. It is alleged President Obama's uncle and aunt in New York have somehow been legalized and if true then I think that is a classic example of preferential treatment. But if you call it executive powers then I should too have been granted the same executive powers for having been discriminated against by the INS and later by the White House for not even acknowledging my plea for hope and a chance for reconciliation and made whole for the wrong that was done to me.

I hope I will not be told it is the law of the land, because failing to adhere to the 1951 Refugee convention or the 1967 Protocol. Because yes once slavery was the law of the land but did not make it right or make the rational of creating hatred, segregation, lynching, forced to seat in the back of the bus, or use of a different bathroom from whites is again encouraging hate. Which in todays world the INS (Department Homeland Security) is operating on the same level of segregation, inciting American citizens to feel their jobs are taken by illegals, foreigners or boarder jumpers. The language of choice is of oppression to the unrepresented persons like myself. Yet America was founded on immigration and still thrives on the unrepresented citizens the government calls illegal for the low wages and encourages their employers to exploit them because of fear of deportation hence the American government is by legal language breaking the human and civil rights of persons like myself.

If I applied for a social security in a legal way and issued by the federal government then it is up to the different US agencies to have the same standards. Otherwise it seems the US government allows people to get social security numbers to pay taxes and be unrepresented hence no different from Asian sweat shops, America is always critiquing for violating the same right US government is turning a blind eye on the injustice I have faced after paying taxes for 18 years and never paid taxes in any-other Country other than the USA. Hence I know I have the right to sue and collect what damages have been caused on me because my hope was taken thus my only chance is to be made whole by the US government.

I think it is unfortunate that such horrific things have happened to me and could not standup and address them because of the current lynching laws and it new face and weapon of choice called Department of Homeland Security.

Thus, I am taking this moment to bring the government and all its lynch men to pay for the wrong, because I am not in America no do I have any interest to come back because there is too much hatred there. People allow this to happen, however if I continue to let it happen it is no different as if civil rights movements activist had not existed then the white man would continue open trade slavery if not checked. Thus it is not fair to be dictated to, enforced on and judged by people that are not your peers because they could never understand or would have never had the experiences I have had in my cases.

Thus, the US government needs to check its grassroots enforce *Affirmative Action* having persons with my background involved in the legislation, Judicial and Executive office otherwise nothing would ever change. While, the President ran under the slogan of *"Change and Yes We Can,"* he has failed live up to his campaign promise and now using the same excuses prior white Presidents did of the typical politics only responding to issues because of the aim for the one and only goal reelection and not really interested in matters that are serious. Interestingly President Obama ran on the platform of supporting and acknowledging President Abraham Lincoln for ending Slavery yet he has failed to stand up for the immigration issue at hand. Instead he has decided to introduce a minimum immigration card just 144 days before elections get on the way, mostly targeted at winning the North America (Mexico), Latin American voters.

Africa was invaded by the white people with a tactic of getting the house Negro trained then get him to help them catch slaves, drive wedge amongst tribes, families and ultimately have that individual (the house Negro) do all their dirty work. That mentality continues canvasing society to this day all in the name of up easing the slave master, unfortunately and unconsciously not realizing the house Negro was and still can be worse than the slave master just in the name of appeasing the master.

Thus President Obama, the Executive office of the President and the White house staff failing to acknowledge my plea for injustice is a clear demonstration of preferential treatment, failed transparent leadership & duty of service, abuse of power, segregation, nepotism, serving only persons of special interests namely the Bilderberg group secrecy.

3.  The relief I want the court to order is:

[X] Damages in the amount of: $40,000,000.00 (Forty-Million dollars)

[X] An injunction ordering: Create a board and Tsar made of non-white first/ second generation immigrants, citizens / non (80% of African decent) attached to the Executive Office of the President.

[ ] Other (explain) _____

June 20, 2012
(Date)

(Signature)

**NDABEZINHLE MOYO**

**144 CRAMOND GREEN, SE**

**CALGARY, AB T3M 1J9, CANADA**

**403-279-3912**
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.